# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EILEEN GRANT McGEOGHEGAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12CV1382JAR |
| CITY OF ST. ANN, MISSOURI, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter having come before the Court on the parties' joint Motion for Entry of Consent Judgment [ECF No. 9],

**IT IS HEREBY ORDERED** that the Motion for Entry of Consent Judgment [9] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [2] is **DENIED** as moot in light of the Court's ruling herein.

Dated this 4th day of September, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE